# GROUP EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary H. Tungle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-055

**Effective Date of Registration:**
May 17, 2019

---

## Title

**Title of Work:** Gothic Prayer

**Nature of Claim:** Lithographic print

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 31, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge,, Bradford, BD10 0PB,
United Kingdom

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Michael A. Hierl
**Date:** May 16, 2019

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Gothic Prayer

ANNE STOKES
COLLECTION

Gothic Prayer poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-152-057
**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Blue Moon |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | February 29, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

United States Register of Copyrights and Director

Registration Number

## VA 2-152-045

Effective Date of Registration:
May 17, 2019

## Title

| | |
|---|---|
| Title of Work: | Dark Hearts |
| Nature of Claim: | Lithographic print |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | March 31, 2012 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-Dimensional artwork |
| Work made for hire: | No |
| Citizen of: | United Kingdom |
| Year Born: | 1972 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Sad eyes.psd



Dark Hearts illo.psd



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kagg. A. Teula*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-048

**Effective Date of Registration:**
May 17, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Protector |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | November 30, 2013 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2016 |

**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Protector

Protector.tif

ANNE STOKES COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple* (signature)

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-065

**Effective Date of Registration:**
May 17, 2019

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Summon the Reaper |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | August 31, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

|  |  |
|---|---|
| **Previously registered:** | No |

## Certification

|  |  |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so.".



# Summon the Reaper

ANNE STOKES COLLECTION

Summon the Reaper poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Cuyler*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-061

**Effective Date of Registration:**
May 17, 2019

## Title
_____

Title of Work: Spirit Guide

Nature of Claim: Lithographic print

## Completion/Publication
_____

Year of Completion: 2011
Date of 1st Publication: April 30, 2011
Nation of 1st Publication: United Kingdom

## Author
_____

- Author: Anne Stokes
  Author Created: 2-Dimensional artwork
  Work made for hire: No
  Citizen of: United Kingdom
  Year Born: 1972
  Anonymous: No
  Pseudonymous: No

## Copyright Claimant
_____

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Limitation of copyright claim
_____

Previously registered: No

## Certification
_____

Name: Michael A. Hierl
Date: May 16, 2019

Correspondence:   Yes
Copyright Office notes:   Regarding publication: The date of publication is an approximation.



ANNE STOKES COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

Registration Number

## VA 2-152-064

Effective Date of Registration:
May 17, 2019

## Title
___

**Title of Work:** Angel Rose

**Nature of Claim:** Lithographic print

## Completion/Publication
___

**Year of Completion:** 2009
**Date of 1st Publication:** March 31, 2009
**Nation of 1st Publication:** United Kingdom

## Author
___

- **Author:** Anne Stokes
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United Kingdom
  **Year Born:** 1972
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant
___

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, BRADFORD, BD10 0PB,
UK

## Limitation of copyright claim
___

**Previously registered:** No

## Certification
___

**Name:** Michael A. Hied
**Date:** May 16, 2019

Correspondence: Yes
Copyright Office notes: Regarding publication: The date of publication is an approximation.

# Angel Rose



ANNE STOKES COLLECTION

Angel Rose poster.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-152-063**

**Effective Date of Registration:**
May 17, 2019

---

## Title

Title of Work: Kindred Spirits

Nature of Claim: Lithographic print

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: March 31, 2008
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
  Author Created: 2-Dimensional artwork
  Work made for hire: No
  Citizen of: United Kingdom
  Year Born: 1972
  Anonymous: No
  Pseudonymous: No

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
United Kingdom

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Michael A. Hierl
Date: May 16, 2019

Correspondence: Yes
Copyright Office notes: Regarding publication: The date of publication is an approximation.

# Dragon Friendship aka Kindred Spirits



ANNE STOKES COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-068

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Enchantment |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 30, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."



Enchantment

Enchantment.psd

ANNE STOKES COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-152-067

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Aracnafaria |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | April 30, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hied |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The application listed the date of publication with month and year only. Correspondence from applicant states to amend the date of publication "to show the last day of the given month as the date of first publication. We attempted to discover the precise day of the month before filing, but were unable to do so."



Aracnafaria

Aracnafaria poster.tif

ANNE STOKES
COLLECTION

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-152-058

**Effective Date of Registration:**
May 17, 2019

---

## Title

| | |
|---|---|
| **Title of Work:** | Dragonkin |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | November 30, 2012 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Dragonkin

ANNE STOKES COLLECTION

Dragonkin.tif

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Engle*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-152-019
**Effective Date of Registration:**
May 17, 2019

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Spell Weaver |
| **Nature of Claim:** | Lithographic print |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 28, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
_____

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-Dimensional artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Year Born:** | 1972 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Limitation of copyright claim
_____

| | |
|---|---|
| **Previously registered:** | No |

## Certification
_____

| | |
|---|---|
| **Name:** | Michael A. Hierl |
| **Date:** | May 16, 2019 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: The date of publication is an approximation.



Spell Weaver

ANNE STOKES
COLLECTION

Spell weaver.psd

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-261-829

**Effective Date of Registration:**
July 13, 2021

**Registration Decision Date:**
August 04, 2021

## Title

**Title of Work:** Awake Your Magic

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Certification

**Name:** Paul Scarcia-Scheel
**Date:** July 13, 2021

# Awake Your Magic



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

VA 2-272-364

Registration Number
**VA 2-272-364**
**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title

|  |  |
|---|---|
| Title of Work: | Rock God |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2008 |
| Date of 1st Publication: | March 01, 2008 |
| Nation of 1st Publication: | United Kingdom |

## Author

|  |  |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

|  |  |
|---|---|
| Name: | Anna Katharina Reiter |
| Date: | September 14, 2021 |

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000


© Anne Stokes · www.annestokes.com



# COPY OF REGISTRATION

## VA 2-272-273

Registration Number

# VA 2-272-273

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 20, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Final Verdict |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | March 01, 2007 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | | |
|---|---|---|
| • | **Author:** | Anne Stokes |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United Kingdom |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes<br>1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification _____

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000


© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

VA 2-272-075

Registration Number

# VA 2-272-075

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Dragons Lair |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | March 01, 2008 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

Registration #: VA0002272075
Service Request #: 1-10837373195

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

## VA 2-272-041

Registration Number

**VA 2-272-041**

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

|                    |             |
|--------------------|-------------|
| Title of Work:     | Pirate Skull |

## Completion/Publication

|                              |                |
|------------------------------|----------------|
| Year of Completion:          | 2011           |
| Date of 1st Publication:     | March 01, 2011 |
| Nation of 1st Publication:   | United Kingdom |

## Author

|                   |                |
|-------------------|----------------|
| • Author:         | Anne Stokes    |
| Author Created:   | 2-D artwork    |
| Citizen of:       | United Kingdom |

## Copyright Claimant

|                      |                                                                                                      |
|----------------------|------------------------------------------------------------------------------------------------------|
| Copyright Claimant:  | Anne Stokes<br>1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,<br>United Kingdom |

## Certification

|        |                      |
|--------|----------------------|
| Name:  | Anna Katharina Reiter |
| Date:  | September 14, 2021   |

Registration #:    VA0002272041
Service Request #:    1-10837431985

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

# VA 2-271-652

Registration Number

# VA 2-271-652

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

|  |  |
|---|---|
| **Title of Work:** | Gothic Guardian |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | March 01, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

Registration #: VA0002271652
Service Request #: 1-10837431880

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF
# REGISTRATION

VA 2-272-043

Registration Number

# VA 2-272-043

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 19, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Unicorn Heart |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | March 01, 2010 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | | |
|---|---|---|
| • | **Author:** | Anne Stokes |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | September 14, 2021 |

**Registration #:** VA0002272043
**Service Request #:** 1-10837432225

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000


Unicorn Heart.psd



# COPY OF REGISTRATION

VA 2-271-518

Registration Number

# VA 2-271-518

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title _____

**Title of Work:** Woodland Guardian

## Completion/Publication _____

**Year of Completion:** 2008
**Date of 1st Publication:** March 01, 2008
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification _____

**Name:** Anna Katharina Reiter
**Date:** September 14, 2021

**Registration #:** VA0002271518
**Service Request #:** 1-10837406890

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



Woodland Guardian



# COPY OF REGISTRATION

# VA 2-271-514

Registration Number

# VA 2-271-514

**Effective Date of Registration:**
September 14, 2021
**Registration Decision Date:**
October 18, 2021

## Title

Title of Work: Glimpse of a Unicorn

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: March 01, 2010
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
Author Created: 2-D artwork
Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
United Kingdom

## Certification

Name: Anna Katharina Reiter
Date: September 14, 2021

**Registration #:** VA0002271514
**Service Request #:** 1-10837407235

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com



# COPY OF REGISTRATION

VA 2-272-210

Registration Number
**VA 2-272-210**
Effective Date of Registration:
September 14, 2021
Registration Decision Date:
October 20, 2021

## Title

**Title of Work:** Skull Embrace

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** March 01, 2007
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** September 14, 2021

**Registration #:** VA0002272210
**Service Request #:** 1-10837432070

New Alchemy Solutions Ltd.
Anna Katharina Reiter
Room 918, 9/F Nan Fung Centre 264-298 Castle Peak Road
Tsuen Wan
Hongkong, NT 00000



© Anne Stokes - www.annestokes.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-329-205

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 30, 2022

---

## Title

Title of Work: Celtic Dragon 1

## Completion/Publication

Year of Completion: 2005
Date of 1st Publication: March 01, 2005
Nation of 1st Publication: United Kingdom

## Author

- Author: Anne Stokes
  Author Created: 2-D artwork
  Citizen of: United Kingdom

## Copyright Claimant

Copyright Claimant: Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB,
United Kingdom

## Certification

Name: Anna Katharina Reiter
Date: November 23, 2022

---

Correspondence: Yes

# Celtic Dragon 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-329-166

**Effective Date of Registration:**
November 30, 2022
**Registration Decision Date:**
November 30, 2022

---

## Title

| | |
|---|---|
| Title of Work: | Celtic Dragon 2 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2005 |
| Date of 1st Publication: | March 01, 2005 |
| Nation of 1st Publication: | United Kingdom |

## Author

| | |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| Name: | Anna Katharina Reiter |
| Date: | November 30, 2022 |

**Celtic Dragon 2**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-699

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Fire Dragon

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 01, 2016
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-705

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Dragon Beauty |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

|  |  |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom |

## Certification

|  |  |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | November 23, 2022 |

|  |  |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-704

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

|  |  |
|---|---|
| Title of Work: | Water Dragon |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2006 |
| Date of 1st Publication: | March 01, 2006 |
| Nation of 1st Publication: | United Kingdom |

## Author

|  |  |
|---|---|
| • Author: | Anne Stokes |
| Author Created: | 2-D artwork |
| Citizen of: | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Anne Stokes |
|  | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

---

## Certification

|  |  |
|---|---|
| Name: | Anna Katharina Reiter |
| Date: | November 23, 2022 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-698

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:**  Prayer for the Fallen

## Completion/Publication

**Year of Completion:**  2010
**Date of 1st Publication:**  March 01, 2010
**Nation of 1st Publication:**  United Kingdom

## Author

- **Author:**  Anne Stokes
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

## Certification

**Name:**  Anna Katharina Reiter
**Date:**  November 23, 2022

**Correspondence:**  Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-696

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

|                  |            |
|------------------|------------|
| **Title of Work:** | Spellbound |

## Completion/Publication

|                                  |                 |
|----------------------------------|-----------------|
| **Year of Completion:**          | 2009            |
| **Date of 1st Publication:**     | March 01, 2009  |
| **Nation of 1st Publication:**   | United Kingdom  |

## Author

|                     |                 |
|---------------------|-----------------|
| • **Author:**       | Anne Stokes     |
| **Author Created:** | 2-D artwork     |
| **Citizen of:**     | United Kingdom  |

## Copyright Claimant

|                          |                                                                                       |
|--------------------------|---------------------------------------------------------------------------------------|
| **Copyright Claimant:**  | Anne Stokes                                                                           |
|                          | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 0PB, United Kingdom    |

---

## Certification

|            |                       |
|------------|-----------------------|
| **Name:**  | Anna Katharina Reiter |
| **Date:**  | November 23, 2022     |

| | |
|------------------------|-----|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-703

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title
 

        **Title of Work:**   Midnight Messenger

## Completion/Publication
 

    **Year of Completion:**   2011
   **Date of 1st Publication:**   March 01, 2011
   **Nation of 1ˢᵗ Publication:**   United Kingdom

## Author
 

-            **Author:**   Anne Stokes
    **Author Created:**   2-D artwork
        **Citizen of:**   United Kingdom

## Copyright Claimant
 

    **Copyright Claimant:**   Anne Stokes
   1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
   United Kingdom

## Certification
 

        **Name:**   Anna Katharina Reiter
         **Date:**   November 23, 2022

---

    **Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-702

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title
| | |
|---|---|
| **Title of Work:** | Copperwing |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | March 01, 2011 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
| | |
|---|---|
| • **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes<br>1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification
| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | November 23, 2022 |

---

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-701

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Forest Walk |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 01, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | November 23, 2022 |

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-328-700

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Realm of Enchantment |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | March 01, 2014 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | November 23, 2022 |

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-328-695

**Effective Date of Registration:**
November 23, 2022
**Registration Decision Date:**
November 25, 2022

---

## Title

**Title of Work:** Soul Bond

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 01, 2017
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** Anne Stokes
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Anne Stokes
1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom

---

## Certification

**Name:** Anna Katharina Reiter
**Date:** November 23, 2022

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-348-535

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

## Title _____

      **Title of Work:**   Immortal Flight

## Completion/Publication _____

      **Year of Completion:**   2009
      **Date of 1st Publication:**   November 01, 2009
      **Nation of 1st Publication:**   United Kingdom

## Author _____

      •
      **Author:**   Anne Stokes
      **Author Created:**   2-D artwork
      **Citizen of:**   United Kingdom

## Copyright Claimant _____

      **Copyright Claimant:**   Anne Stokes
      1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB,
      United Kingdom

## Certification _____

      **Name:**   Anna Katharina Reiter
      **Date:**   May 23, 2023

      **Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-348-533

**Effective Date of Registration:**
May 23, 2023
**Registration Decision Date:**
May 23, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Lost Soul |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | July 01, 2005 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Anne Stokes |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anne Stokes |
| | 1 Nunwood House, Apperley Lane, Apperley Bridge, Bradford, BD10 OPB, United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | Anna Katharina Reiter |
| **Date:** | May 23, 2023 |

| | |
|---|---|
| **Correspondence:** | Yes |

